**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00087-LTB

APRIL CROFT,

        Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

        Defendant.
_____

**ORDER OF DISMISSAL**
_____

        THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 6 - filed March 10, 2008), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: March 11, 2008